```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08391
    FRANK A DANKERT SR
    MONA DANKERT                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-7677      SSN XXX-XX-3980


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/08/2007 and was confirmed 09/14/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 01/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED VEHIC    8875.00           54.37        1026.83
AMERICREDIT FINANCIAL SV UNSEC W/INTER     538.75             .00            .00
SELECT PORTFOLIO SERVICI CURRENT MORTG        .00             .00            .00
CITIFINANCIAL MORTGAGE C CURRENT MORTG        .00             .00            .00
ADVOCATE FAMILY CARE NET UNSEC W/INTER NOT FILED              .00            .00
ADVOCATE FAMILY CARE NET UNSEC W/INTER NOT FILED              .00            .00
BAKER MILLER MARKOFF KRA UNSEC W/INTER NOT FILED              .00            .00
BANK OF AMERICA          UNSEC W/INTER NOT FILED              .00            .00
CAPITAL ONE              UNSEC W/INTER    2351.77             .00            .00
CAPITAL ONE BANK         UNSEC W/INTER NOT FILED              .00            .00
CAPITAL ONE              UNSEC W/INTER    1095.40             .00            .00
CAPITAL ONE              UNSEC W/INTER    5248.24             .00            .00
NORTHWEST COLLECTORS     UNSEC W/INTER NOT FILED              .00            .00
CHICAGO RIDGE RADIOLOGY  UNSEC W/INTER NOT FILED              .00            .00
DELTA USA                UNSEC W/INTER NOT FILED              .00            .00
DR JANUS MULLIN LUKE     UNSEC W/INTER     655.33             .00            .00
ARMOR SYSTEMS CORP       UNSEC W/INTER NOT FILED              .00            .00
NCO FINANCIAL SYSTEM     UNSEC W/INTER NOT FILED              .00            .00
FARANO WALHA DOANN       UNSEC W/INTER NOT FILED              .00            .00
FINGERHUT                UNSEC W/INTER NOT FILED              .00            .00
FIRST PREMIER BANK       UNSEC W/INTER NOT FILED              .00            .00
FIRST PREMIER            UNSEC W/INTER NOT FILED              .00            .00
GREAT NORTHERN INSURANCE UNSEC W/INTER NOT FILED              .00            .00
TRUST REC SV             UNSEC W/INTER NOT FILED              .00            .00
TRUST REC SV             UNSEC W/INTER NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER      52.22             .00            .00
MEDICAL COLLECTIONS SYST UNSEC W/INTER NOT FILED              .00            .00
COMPUTER CREDIT SERVICES UNSEC W/INTER NOT FILED              .00            .00
KCA FINANCIAL SERVICES   UNSEC W/INTER NOT FILED              .00            .00
HOME DEPOT CREDIT SERVIC UNSEC W/INTER NOT FILED              .00            .00
HOUSEHOLD CREDIT SERVICE UNSEC W/INTER    1138.65             .00            .00
HSBC NV                  UNSEC W/INTER NOT FILED              .00            .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08391 FRANK A DANKERT SR & MONA DANKERT

```
ILLINOIS COLLECTION SERV  UNSEC W/INTER NOT FILED              .00          .00
LINDA M JANUS             UNSEC W/INTER NOT FILED              .00          .00
MOHAMMED ALAUA            UNSEC W/INTER NOT FILED              .00          .00
OAK LAWN RADIOLOGY SC     UNSEC W/INTER NOT FILED              .00          .00
QUEST DIAGNOSTICS         UNSEC W/INTER NOT FILED              .00          .00
RADIOLOGY PHYSICIANS      UNSEC W/INTER NOT FILED              .00          .00
PALMER REIFLER & ASSOCIA  UNSEC W/INTER NOT FILED              .00          .00
ROUNDUP FUNDING LLC       UNSEC W/INTER      814.80            .00          .00
SOUTHWEST                 UNSEC W/INTER NOT FILED              .00          .00
AMERICREDIT FINANCIAL SV  NOTICE ONLY   NOT FILED              .00          .00
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE    7262.65             .00      3858.36
CITIFINANCIAL MORTGAGE C  NOTICE ONLY   NOT FILED              .00          .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE        .00             .00          .00
RICHARD J FORST           DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                        340.44
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  5,280.00

PRIORITY                                             .00
SECURED                                         4,885.19
    INTEREST                                       54.37
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              340.44
DEBTOR REFUND                                        .00
                       ---------------    ---------------
TOTALS                   5,280.00              5,280.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 08391 FRANK A DANKERT SR & MONA DANKERT